In the Matter of the Accounting of CHARLES K. PHIPARD, as Executor of HENRY RUTHERFORD, Deceased.

PHYLISS C. RUTHERFORD, an Infant, by SIDNEY HARRIS, Her Special Guardian, Appellant; WILLIAM RUTHER-FORD et al., Respondents.

*Matter of Phipard,* 182 App. Div. 357, affirmed.

(Argued April 24, 1918; decided May 14, 1918.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 21, 1918, which reversed so much of a decree of the New York County Surrogate's Court as held that the appellant herein was entitled to a distributive share of the estate of Henry Rutherford, deceased.   By his will the testator provided: " All the rest, residue and remainder of my estate of whatsoever kind or nature, I give, devise and bequeath to the children of my father's (James Rutherford) deceased brothers  and  sister, share and share alike, but if any child or children of my father's deceased brothers or sister shall have died before me, leaving lawful children, then the said children of any

deceased child or children shall have and receive the
share which the deceased parent would have received
had he or she survived me, but should it so happen that
there should not survive me any child of my father's
deceased brothers or sister, then I direct that my said
residuary estate shall be divided equally between the
lawful children of the deceased children of my father's
brothers and sister, living at the time of my decease,
share and share alike." The testator upon his decease
left him surviving three paternal first cousins and children
of deceased paternal first cousins and grandchildren of
deceased paternal first cousins. The question at issue
was whether grandchildren were entitled to the share
their deceased parent would have taken.

*Sidney Harris* for appellant.

*Charles Fox* for respondents.

Order affirmed, with costs payable out of the estate;
no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK,
HOGAN, CARDOZO and McLAUGHLIN, JJ.